■ In the Matter of WILDA C., Appellant, v MIGUEL R., Respondent. [979 NYS2d 524]—Order, Family Court, New York County (Jane Pearl, J.), entered on or about February 14, 2013, unanimously affirmed, without costs or disbursements.

Application by appellant's assigned counsel to withdraw is granted (*see Matter of Louise Wise Servs. [Whyte]*, 131 AD2d 306 [1987]). We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal. Concur—Friedman, J.P., Andrias, Richter, Manzanet-Daniels and Feinman, JJ.

---

Motion to be relieved as counsel granted.